**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| GREGORY DAVIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 1:18-CV-904-RWS |
| | : | |
| EL JARACHO DISTRIBUTORS, INC., | : | |
| | : | |
| Defendant. | : | |

**ORDER**

This matter is before the Court on the Report and Recommendation of Magistrate Judge Russell G. Vineyard [Doc. No. 5]. No objections have been filed thereto. Having carefully reviewed the record and the Report and Recommendation, the Report and Recommendation [Doc. No. 5] is hereby approved and adopted as the opinion and order of this Court. As such, this action is DISMISSED for failure to comply with a Court order and for failure to state a plausible claim. Plaintiff's Motion [Doc. No. 7] is DENIED as moot. The Clerk is DIRECTED to close this action.

**SO ORDERED** this 14th day of May, 2018.

**RICHARD W. STORY**
United States District Judge